# EXHIBIT 1

    eventimlive⁺    

## AMENDMENT TO NORTH AMERICAN TOUR OFFER

### Rod Wave
### 2023 – 2025

This AMENDMENT TO NORTH AMERICAN TOUR OFFER is dated February 01, 2024 (the "Execution Date") by and between Rodarius Marcell Green p/k/a/ Rod Wave ("Artist"), to be provided by Hit House Entertainment, Inc. ("Company") and Grizzly Touring, LLC. (hereinafter referred to as "Purchaser").

WHEREAS, Artist and Purchaser previously entered into that North American Tour Offer dated February 08, 2023 (the "Agreement") for Producer to furnish the services of "Rod Wave" (the "Artist") for the 70 show 2023-2025 Tour (the "Tour").

WHEREAS, the 70 show Tour consists of two (2) segments, the thirty-five (35) show "First Leg" and a thirty-five (35) show "Second Leg".

WHEREAS, Producer and Purchaser have completed the First Leg of the Tour and now desire to amend the Agreement for the Second Leg of the Tour (35 shows).

WHEREAS, Producer, Artist, and Purchaser wish to increase the Second Leg show capacity by implementing a round configuration with a minimum of 360 degrees.

NOW THEREFORE, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Producer and Purchaser hereby agree to amend the Agreement, as it pertains to the 35 show Second Leg, as follows:

1. **Date:** February 01, 2024

2. **Artist:** Rodarius Marcell Green p/k/a/ Rod Wave ("Artist"), to be provided by Hit House Entertainment, Inc. ("Company").

3. **Promoter:** Grizzly Touring, LLC ("Promoter")

4. **Territory:** North America ("Territory")

5. **Term:** Completion of all Show dates (mutually agreeable dates) ("Term")

6. **Events:** 35 Second Leg "Show dates" performed in the Territory at mutually agreeable venues (subject to routing), plus the right to promote any additional mutually agreeable dates on a good faith basis.

7. **Total Second Leg Commitment: 40,250,000 USD ($1,150,000 per show) broken down as follows.**

   **Second Leg Guarantee: $40,250,000 (earned at a rate of $1,150,000 per show)**
   a) Guarantee is inclusive of Artist travel, lodging, hospitality, show catering, production, cancelation insurance, support, and support production/backline.
   b) Artist will be due a bonus for 2024 tour ("second leg" of agreement) of $5,250,000 once sales reach 90% of sellable capacity or 536,760 total non-comp tickets, whichever occurs first.

8. **Payments:** Promoter will pay Company an advance against the Second Leg Guarantee as follows:
   a) $20,125,000 advance at execution of this Amendment (provided Artist has executed a personal guarantee acceptable to Promoter and Promoter has acquired non-appearance insurance at Artist's sole cost).
   b) Promoter agrees to wire $20,125,000 advance within 5 business days of the completion requirements in 8)a.
   c) The balance of the guarantee will be paid pro-rata on a weekly basis via bank wire.
   d) Any bonus reached by Artist will be paid within 10 business days once meeting the requirements in 7b.

9. **Scaling:** Promoter will set ticket scaling and sellable capacity for each Event.
   a) Promoter reserves the right to implement Revenue Maximizing Services, including but not limited to Platinum Ticketing, Progressive Pricing, and Dynamic Pricing.
   b) Net lift from any Artist VIP programs will be considered Artist Revenue.
   c) Venues may offer VIP upgrades to ticket holders on select events. The VIP fees are for hospitality/venue/operational amenities including but not limited to "Fast Lane" access, VIP Room Admission and GA or Reserved balcony seating. Neither the lift for these venue amenities nor the expenses for them will be included in the show settlement. Some venues may have unmanifested seats that are part of Season Seat & VIP Programs in which no revenue will be shared from these sales.
   d) Comps to be mutually agreed between Promoter and Artist.

10. **Exclusivity:** Artist will not perform live concerts, including festivals and sell-offs, nor allow the announcement or advertising of any Artist performances other than Shows in the Territory throughout the Term, unless agreed upon by Promoter in writing, with the exception of private shows (not announced or advertised to the public), TV appearances (not to exceed 3 songs), radio shows and charity events (provided the foregoing do not materially interfere with Shows). Artist agrees that Promoter will have Right of First Refusal on all show dates in North America while this agreement is in effect.

11. **Advertising:** Artist will provide approved advertising materials, formatted admat, radio and tv spots, announce/on sale video, and press release for marketing use. Final creative of all ads and marketing material to be mutually approved by Promoter and Artist.
    a) At least 3 business days prior to announce Artist will provide digital assets including but not limited to a tour announce video.

12. **Other Deal Points:**
    a) Artist will retain 100% of the merchandise and may sell products at all shows at their sole discretion. Artist is responsible for any commissions, taxes and/or fees assessed by the venue. Standard Venue Merch rates will apply. Company will make best efforts to reduce venue merch rates to 85/15 or better.
    b) Maximum show length subject to local curfew restrictions.
    c) Minimum show length 150 minutes.
    d) Artist will use best reasonable efforts to perform at least 75 minutes, inclusive of content videos.
    e) Tour Rider to be mutually agreed upon. In the event of a dispute, Artist's decision will control.

      f) Catering & Hospitality to be an Artist Expense and is included in the Guarantee.
      g) Promoter executes all venue deals.
      h) Tour On-sale date will be mutually agreeable and must be at least 8 weeks prior to the first show date, otherwise tour may be postponed and rerouted at Promoter's sole discretion.

**13. Billing:** 100% Headliner

**14. Tour Sponsorship:** All Net Tour Sponsorship will be split (80/20) by Artist and Promoter, respectively.

**15. No Other Changes:** Except as expressly amended above, all other terms contained in the Agreement dated February 08, 2023, shall remain unmodified and in full force and effect.

**This Amendment to Tour Offer amends and supersedes the Agreement dated February 08, 2023. In the event of any inconsistencies between this Amendment and the Agreement, this Amendment shall control.**

ACCEPTED AND AGREED:

**Grizzly Touring, LLC**

Sign: _[signature]_
Josh Hunt, Manager

Date: 3/1/24

Sign: _[signature]_
James Crawford, Manager

Date: 3/1/24

ACCEPTED AND AGREED:

**RODARIUS MARCELL GREEN**

Sign: _[signature]_
Rodarius Green
p/k/a Rod Wave

Date: 02/28/2024