# EXHIBIT 3

 & 

## NORTH AMERICAN TOUR OFFER

### ROD WAVE 2023 - 2025

1. **Date:** February 08, 2023

2. **Artist:** Rodarius Marcell Green p/k/a Rod Wave ("Artist"), to be provided by Hit House Entertainment, Inc. ("Company").

3. **Promoter:** Grizzly Touring, LLC ("Promoter")

4. **Territory:** North America ("Territory")

5. **Term:** 02/15/2023 – 12/31/2025 (mutually agreeable dates) ("Term")

6. **# of Events:** 70 Show dates performed in the Territory. (35 first leg, 35 second leg) Locations and venues are subject to mutual agreement. No sell-offs.

7. **Guarantee: $53,000,000 USD**
    a) Guarantee is inclusive of Support, Artist supplied Sound & Lights, and Artist travel & lodging.

8. **Payments:** Promoter will pay Company an advance against the Guarantee as follows:
    - $20,000,000 at execution of Tour Agreement, including promoter provided cancellation insurance and artist personal guaranty.
    - $5,000,000 from Artist Balance due in Leg 1 will be allocated for use at Artist's sole discretion on tour expenses such as but not limited to production, catering, support, tax withholding, travel, hospitality, etc.
    - $10,000,000 upon announce of 2nd Leg of tour
    - $5,000,000 after the first show of the 2nd Leg
    - $13,000,000 balance due for 2nd Leg of tour will be prorated over the remaining 34 show dates at $382,352.94 per date.

9. **Scaling:** Promoter will set ticket scaling and sellable capacity for each Event.
    a) Promoter reserves the right to implement Revenue Maximizing Services, including but not limited to Platinum Ticketing, Progressive Pricing, and Dynamic Pricing.
    b) Venues may offer VIP upgrades to ticket holders on select events. The VIP fees are for hospitality/venue/operational amenities including but not limited to "Fast Lane" access, VIP Room Admission and GA or Reserved balcony seating. Neither the lift for these venue amenities nor the expenses for them will be included in the show settlement. Some venues may have unmanifested seats that are part of Season Seat & VIP Programs in which no revenue will be shared from these sales.

10. **Exclusivity:** Artist will not perform live concerts, including festivals and sell-offs, nor allow the announcement or advertising of any Artist performances other than Shows in the Territory throughout the Term, unless agreed upon by Promoter in writing, with the exception of private shows (not announced or advertised to the public), TV appearances (not to exceed 3 songs), radio shows and charity events (provided the foregoing do not interfere with Shows). Artist agrees that Promoter will have Right of First Refusal on all show dates globally while this agreement is in effect.

11. **Advertising:** Artist will provide approved advertising elements. Materials to include Radio, TV, Print, and Online Content/Media. Final creative of all ads and marketing material to be mutually approved by Promoter and Artist.
    a) Artist shall use reasonable efforts to participate in Tour promotional activities, audio and video drops, socials posts on all platforms, etc..
    b) All tour sponsorships will be approved by artist.

12. **Other Deal Points:**
    a) Standard Venue Merch rates will apply
    b) Any after parties shall be mutually agreed upon in writing between Artist and Promoter prior to confirming the after party
    c) Maximum show length 3 hours, pending local curfew restrictions
    d) Minimum show length 150 minutes
    e) Minimum Artist set length 75 minutes
    f) Tour Rider to be mutually agrees upon
    g) Grizzly, LLC executes all venue deals
    h) Promoter acknowledges that Artist's Birthday Bash in Tampa Bay, FL each year, is excluded from this deal and any exclusivity provision(s) herein.
    i) Promoter is responsible for their security cost; Artist is responsible for their security cost

**SECURITY FOR ADVANCE:**
Prior to payment of any Payments or Advances, Company will provide Promoter with security in the form of a (i) an approved personal guarantee of Artist, and (ii) an approved non-appearance insurance policy at Promoter's expense for an amount at least equal to the outstanding Tour Advances with Promoter named as loss payee.

**EXCHANGE RATES**
With respect to Tour Events outside of the United States, notwithstanding any other provision herein, (a) all dollar figures explicitly set forth in this offer (except for any deposits or advances) shall be converted to the applicable local currency based on the currency exchange noon rate(s) provided on www.oanda.com (bank rate +/- 2) as of the date of this offer, (b) for the purpose of crossing such Tour Events with Tour Events within the United States and/or Tour Events in other countries, if any, the conversion rate to be used to convert the applicable local currency to US dollars shall be as provided on www.oanda.com (bank rate +/- 2) (as of noon) on the date of the applicable Completed Performance; and (c) any payments payable to Artist shall be paid in the applicable local currency, or alternatively, in US dollars based on the conversion rate actually achieved in the exchange transaction (and if there is no exchange transaction, then based on the exchange rate provided on www.oanda.com (interbank +/- 2)) after deducting any fees or commissions charged by the financial institution conducting such exchange transaction whether identified separately or built into the actual currency conversion rate, which fees and commissions shall be Artist's sole responsibility.

### ARTIST CANCELLATION INSURANCE

Promoter is required to maintain its own cancellation insurance at its sole cost. Promoter and Artist recognize the uncertainty created by the COVID-19 pandemic and agree that this Tour Offer is conditioned on the following:
- The applicable venue/venues has/have full sellable capacity for the Tour Event(s);
- There are no government restrictions or recommendations that materially impact the Tour Event(s); and
- Public health conditions allow Promoter to successfully market, promote and produce the Tour Event(s).

If any of the conditions above are not met, then Artist and Promoter shall discuss rescheduling the Tour Event(s); if Promoter and Artist cannot agree on the rescheduled Tour Event(s), then Promoter may cancel the applicable Tour Event(s) without payment or penalty.

### FORCE MAJEURE AND CANCELLATION

The failure of either party hereto to comply with the terms and conditions of the Agreement due to a circumstance beyond either party's reasonable control will not be deemed a breach (partial or otherwise) of the Agreement and will not subject that party to any liability in connection therewith. Artist shall immediately return any advance payments made by Promoter hereunder on a pro rata basis for any Engagements cancelled due such circumstance or due to Artist's failure to appear for any confirmed Tour Event unless such failure is the result of Promoter's acts or omissions. Cancellation or termination of the Agreement by either party for any reason other than the foregoing or the other party's uncured material default hereunder, will be deemed a breach of the Agreement and will entitle the non-breaching party to all remedies available under local, state, and federal law. Without limiting the foregoing, a Governmental reduction in Capacity will be considered a Force Majeure circumstance.

### INSURANCE AND INDEMNITY

ARTIST WILL INDEMNIFY, DEFEND AND HOLD HARMLESS PROMOTER AND ITS AFFILIATED ENTITIES FROM AND AGAINST ANY AND ALL THIRD PARTY CLAIMS ARISING OUT OF THE ENGAGEMENT TO THE EXTENT SUCH CLAIMS ARISE OUT OF (I) ANY ACTS, ERRORS OR OMISSIONS OF ARTIST OR THEIR RESPECTIVE AGENTS, EMPLOYEES, REPRESENTATIVES OR CONTRACTORS, OR (II) ANY BREACH HEREOF BY ARTIST.

PROMOTER WILL INDEMNIFY, DEFEND AND HOLD HARMLESS ARTIST FROM AND AGAINST ANY AND ALL CLAIMS ARISING OUT OF THE ENGAGEMENT TO THE EXTENT SUCH CLAIMS ARISE OUT OF (I) ANY ACTS, ERRORS OR OMISSIONS OF PROMOTER, ITS AGENTS, EMPLOYEES, REPRESENTATIVES OR CONTRACTORS, OR (II) ANY BREACH HEREOF BY PROMOTER.

Each party hereto shall maintain its own policies of: (i) Worker's Compensation insurance coverage for all personnel under its own direction at the Engagement, and (ii) Commercial General Liability insurance with limits of at least $1,000,000 per occurrence and $4,000,000 in excess, covering its own operations related to the Engagement and listing the other party hereto as "Additional Insured", it being understood and agreed that the coverage afforded by such "Additional Insured" status will only apply to the extent of the liabilities assumed herein by the named insured and shall exclude, without limitation, any claims to the extent arising out of the Additional Insured's acts, errors or omissions. Promoter will not provide Worker's Compensation insurance coverage for any personnel of Artist or their respective contractors. Artist will not provide Worker's Compensation insurance coverage for any personnel of Promoter or Promoter's contractors. Any line item insurance charges by Promoter reflect policy premiums, reserves for claims, and any deductibles and related administrative expenses.

## WITHHOLDING TAXES

Promoter shall deduct and withhold from any payments due to Artist hereunder any and all taxes or other amounts required to be withheld therefrom by any country, state, local or other applicable taxing or revenue authority pursuant to any law, regulation, statute or order. Artist shall indemnify and hold Promoter and its Affiliates (for purposes of this paragraph, collectively "Promoter") harmless from and against all costs, including, but not limited to, taxes, penalties, additions to tax, interest, attorneys' fees, and other similar charges imposed on or incurred by Promoter by virtue of Promoter's failure to deduct and withhold U.S. federal tax from payments under this Agreement.

## WARRANTY

Artist represents and warrants that it has the right to enter into this Agreement and grant the rights granted herein, including the rights to Artist's services and that the entry into this Agreement by Artist will not infringe upon any rights of any third parties or cause a breach of any other agreements to which Artist is party.

ACCEPTED AND AGREED:

**Grizzly Touring, LLC**

Sign: _____
James Crawford
Managing Member

Date: 2/10/23

Sign: _____
Josh Hunt
Managing Member

Date: 02/10/2023

ACCEPTED AND AGREED:

**RODARIUS MARCELL GREEN**

Sign: _____
Rodarius Green
p/k/a Rod Wave

Date: 02/10/2023