# EXHIBIT C

## ROD WAVE
### 2024 TOUR

| ROD WAVE (PRG) /// US TOUR 2024 | | |
|---|---|---|
| **INCOME** | **Guaranteed** | **Notes** |
| SHOW INCOME | $ - | |
| PRODUCTION BUYOUT | $ - | |
| SPONSORSHIPS | $ - | |
| LESS AGENCY COMMISSION (10%) | $ - | |
| LESS TAXES | $ - | |
| **TOTAL INCOME** | **$ -** | |
| **PAYROLL** | | |
| Payroll | $ 900,120.15 | |
| Outside Labor | $ - | |
| Payroll Taxes | n/a | |
| **TOTAL** | **$ 900,120.15** | |
| **TRANSPORTATION** | | |
| Tour Buses | $ 2,100,000.00 | 10 buses (updated to reflect crew counts) |
| Tour Bus Fuel | $ 200,000.00 | 20k per bus x 10 buses |
| Injuction | $ 25,000.00 | |
| Air Travel | $ 130,000.00 | |
| Local Travel | $ - | |
| **TOTAL** | **$ 2,455,000.00** | |
| **HOTELS** | | |
| Hotels | $ 650,000.00 | 29 nights x 250 per room, x 65 production staff |
| **PER DIEM** | | |
| Per Diem | **$ 98,000.00** | |
| **PRODUCTION/MISCELLANEOUS** | | |
| Insurance | | |
| Backline Rental | $ 100,000.00 | *Shawn getting official quote (10k last tour per week)* |
| Audio Rental | $ 945,150.00 | *PA // Live Audio* |
| Playback Rig | $ - | |
| Lighting/Video Rental | $ 2,957,474.15 | *PRG Current Lighting/Video/Automation Quote /// 6x lighting techs, 3x riggers, 11x video staff, 3x automation* |
| Turret Staging Rental (SGPS) | $ 267,750.00 | *SGPS Rental (Turret lift for Rod) (2 people labor included as well)* |
| Accurate Staging Rental | $ 277,238.00 | *Accurate Staging Quote (includes labor, elevator lift, thrust)* |
| Trucking | $ 2,255,000.00 | 22 trucks // Live |
| Pre-Rigging | $ - | *PRG provided pre rig gear and labor in their initial quote /// just need to* |
| Special FX // PYRO | $ 660,579.00 | *Rocco from Pyrotechnico /// includes waterfall surrounding the whole stage, 12x Inverted Flames, 14x CO2 Jets, 4x 25W Lasers, 2 Lead Techs + 1 Ast Tech* |
| Catering | $ 650,000.00 | *~65 production staff + artist teams /// last tour was 420k* |
| Barricade | $ 80,000.00 | Official Quote coming in when Dan is back in US in a couple days. |
| Rehearsals Space | $ 125,000.00 | Mammoth number from July 23rd to Shawn |
| Rehearsal Rentals | $ - | if we need to rent anything specifically for rehearsals |
| Creative/Programming | $ 147,500.00 | $45k custom 360 visuals, 10k Notch(camera) Programming, 40k lighting automation/programming, 20k production design, 15k creative/show direction, 10k Production Advance/Cord, Drafter 7.5k |
| Rehearsals Labor Costs | $ 30,000.00 | 5 ppl on site // 1x Creative Lead, 1x Lead Visual, 1x Camera Programmer, 1x Production Coord, 1x Lead Lighting Programmer // Oct 14th - Oct 19th (6 days) |
| Wardrobe | $ - | |
| Visas & Permits | $ - | no international dates as of now /// no visas needed |
| Local Sourced Security | $ - | *do we need?* |
| Production Baggage | $ - | Checked Baggage |
| Extras / Casting | $ - | Extras utilized during the show for certain moments |
| Extras Wardrobe | $ - | Probably need to supply them with wardrobe |

| | | |
|---|---|---|
| Miscellaneous | $ - | |
| Printing & Office | $ - | |
| Laminates & Passes | $ 12,000.00 | *doubled up from last tour* |
| Radios | $ 10,000.00 | *rough radio estimate (last tour was 7.5k)* |
| | | |
| Contingency | $ 629,940.57 | currently at 5% contingency built in |
| **TOTAL** | **$ 9,147,631.72** | Currently 5% contingency |
| **TOTALS** | | |
| **TOTAL INCOME** | $ - | |
| **TOTAL EXPENSES** | $ 13,250,751.87 | |
| **TOTAL NET INCOME** | **$ (13,250,751.87)** | |

35 shows over 9 weeks + 1 day (Oct 15th load in - Dec 19th last travel day)
**~64 person production staff roughly (23x PRG, 10x Audio, 6x security, 4-5x band, 10x misc crew(PM, LD, FOH, MON, etc), 4x staging, 3x SFX)**

***PENDING SMALL CHANGES, HOPEFULLY CAN COME DOWN MORE***





## ROD WAVE • TOUR 2024



JOB • Rod Wave • Tour 2024
CLIENT • Leshun Williams
SERVICE • Lighting • Rigging • Video
DELIVERED ON • 24 July 2024
SUBMITTED BY • Brooke Hershey • Version 3

Dear Leshun,

We are pleased to present our quote for your upcoming event, accompanied by a genuine commitment to bringing your creative vision to life.

In our music division, you can expect a boutique experience, served by a dedicated team that has executed countless concert tours, award shows, residencies, livestreamed performances, and festivals around the world. This means that wherever your event takes place, you will be in the hands of experienced professionals who understand the intricacies of production and are committed to surpassing your expectations.

As a company, we've vastly expanded our capabilities, streamlined our systems, and are prepared to meet any challenge of the new landscape. Today, PRG is a more valuable and relevant partner than ever before, ready to empower your production with cutting-edge technology and a wealth of expertise. We look forward to working with you.

Brooke Hershey
Account Executive



ROD WAVE • TOUR 2024

## LIGHTING EQUIPMENT

| QTY | DESCRIPTION |
|---|---|
| | **FIXTURES** |
| 39 | ML STROBE LED HYBRID WHT 5700K+RGB GLP JDC1 |
| | *35 ACTIVE / 4 SPARE* |
| | *\*SUB FOR COLOR STRIKE\** |
| 36 | ML BEAM ARC CLAY PAKY MYTHOS 2 BLK |
| | *32 ACTIVE / 4 SPARE* |
| | *\*SUB FOR MEGAPOINTE\** |
| 164 | ML BEAM ARC CLAY PAKY SHARPY BEAM BLK |
| | *158 ACTIVE / 6 SPARE* |
| | *\*SUB FOR SUPER SPIKKIE\** |
| | **GROUND CONTROL** |
| 6 | FOLLOWSPOT ML LED VARI-LITE VL3600 GCFS W/CAM BLK IP65 |
| | *5 ACTIVE / 1 SPARE* |
| | *\*SUBFOR BMFL FOLLOW SPOT\** |
| 6 | FOLLOWSPOT SYS PRG GCFS CONTROLLER |
| 1 | FIBER COUPLER OPTICALCON-QUAD MM OM3 WP IP65 BLK |
| | **CONSOLE & LTG CONTROL** |
| 2 | CONSOLE LTG MA GRAND MA3 FULL 20480 |
| 4 | CONS LTG MA NETWORK PROCESSING UNIT GRAND MA2 NPU |
| 4 | RACK 16RU SHOCKMOUNT 34D 26W 40H [LTG] |
| 2 | RACK 10RU SHOCKMOUNT 32D 25W 30H [LTG] |
| 4 | UPS 120V 1500VA APC SMT1500RM2U 2RU |
| 6 | RACK PD FURMAN PL8/PL8 II/PL8C (LIGHTS) |
| 2 | NET SWITCH UM 1GB X24, SFP X2 CISCO SG102-24 |
| 12 | OPTO BOX XLR5 2X 8 SWITCH A/B DMX TMB PROPLEX |
| 6 | NET SWITCH MGD 1GB X12 ETHERCON OPTICALCON-DUO MM X2 VIA12 |
| 1 | RACK PD L21-30 - 20A X3 ED DUP X8 REAR 2RU MLABS |
| 1 | LOOM LTG OPTICALCON-DUO X2, L21-30, QM 6CH 350' 106M [FOH] |
| 2 | SMPTE DISTRIPALYZER BRAINSTORM SR-112 W/TCG |
| | **INTERCOM** |
| 2 | ICOM CC MAIN STATION 2CH MS-702 |
| 8 | ICOM CC BELTPACK 1CH RS-701 (XLR4M) |
| 8 | HEADSET DOUBLE HIGH-NOISE DAVID CLARK H8530 XLR4FC |
| | **ATMOSPHERICS** |
| 5 | FOGGER/HAZER OIL+CO2/N2 GAS MDG THEONE APS |
| 6 | FOGGER WB MARTIN JEM ZR45 DMX 120V |
| 10 | FAN VARI REEL EFX RE 2 110-125V |
| | **SITE ACCESSORIES** |
| 2 | TABLE, FOLDING 72" X 29" PLASTIC (NON-BIFOLD) |
| 2 | CHAIR, OFFICE, WHEELED, W/ARMRESTS |
| | **POWER DISTRIBUTION** |
| 4 | PD 208V 20A X48 SOCA19, ED DUP X5 PROPOWER |
| 2 | PD 120V 20A X36 SOCA19, 208V X24 SOCA19 PPWR GNNR |
| | **CABLE PACKAGE** |
| 239 | CABLE PKG 208V FIXTURE - SOCA19 PD |
| | *DO NOT PULL - BILLING ONLY* |
| | **CAMLOK** |
| 2 | CAMLOK 4/0 EISL 100'  30M SET |
| 2 | CAMLOK 4/0 EISL  50'  15M SET |
| 2 | CAMLOK 4/0 EISL  25'  7.5M SET |
| 10 | CAMLOK 4/0 EISL  10'  3M SET |
| 6 | CAMLOK TURNAROUND SET MOLDED |



## ROD WAVE • TOUR 2024

### LIGHTING EQUIPMENT

| QTY | DESCRIPTION |
|-----|-------------|
| | **LIGHTING - PRERIG PODS** |
| 40 | CHESBORO ALUM 2" SWIVEL BLK |
| 12 | RATCHET STRAP 2" X 20' (MINIMUM) ENDLESS BLK |
| 32 | TRUSS LOWPRO 14" X 24" TYLER GT (RS) V2  8' BLK PC |
| 8 | TRUSS TOOL PKG (SPIGOTED) |
| 32 | TRUSS GATE 14" X 24" TYLER GT 45° BLK PC |
| 12 | TRUSS BOX 12" X 12" SPIG XSF DIAMOND  8' BLK PC |
| 14 | CART TRUSS LEG TYLER GT V1 STORAGE X1 |
| | **LIGHTING - CATWALK PRE-RIG TRUSS** |
| 18 | TRUSS LOWPRO 14" X 24" TYLER GT (VS) V2 10' BLK PC |
| 8 | TRUSS LOWPRO 14" X 24" TYLER GT (VS) V2  8' BLK PC |
| 4 | TRUSS TOOL PKG (SPIGOTED) |
| 4 | TRUSS CORNER 14" X 24" TYLER GT 2-WAY LOADB BLK PC |
| 12 | CART TRUSS LEG TYLER GT V1 STORAGE X1 |

### RIGGING EQUIPMENT

| QTY | DESCRIPTION |
|-----|-------------|
| | **RIGGING - LX** |
| 12 | HOIST 208V DT 1/2T 16FPM CM-F  75' |
| | *12 ACTIVE* |
| 12 | (HOIST CHAIN CM 1/2T  78' -102' = 75' LIFT) |
| 52 | HOIST 208V DT 1T 16FPM CM-L  75' |
| | *52 ACTIVE* |
| 52 | (HOIST CHAIN CM 1T  79' - 103' = 75' LIFT) |
| 4 | HOIST 208V DT 2T 16FPM CM-RRS  75' |
| | *4 ACTIVE* |
| 4 | (HOIST CHAIN CM 2T RRS  78' - 82' = 75' LIFT) |
| 12 | HOIST DIST 208V DT  8-WAY ML L21-30 TRUSS MT |
| 12 | (HOIST DIST PENDANT MLABS  8-WAY) |
| 4 | HOIST DIST PENDANT MLABS 16-WAY |
| 4 | HOIST DIST PENDANT MLABS 24-WAY |
| 12 | HOIST PICKLE SWITCH L14-20 DT [HT/VER] |
| 2 | HOIST DIST 208V DT L16-20/L14-20  2-WAY MLABS L21-30 TRUSS |
| 60 | CHAIN SLIDER PRG PKG |
| 60 | (CHAIN SLIDER SLING (CLIMBING RUNNER) 1" X 12") |
| 10 | LOOM HOIST DT L16-20/L14-20 3PH  15'  4.5M |
| 20 | LOOM HOIST DT L16-20/L14-20 3PH  25'  7.5M |
| 20 | LOOM HOIST DT L16-20/L14-20 3PH  50'  15M |
| 20 | LOOM HOIST DT L16-20/L14-20 3PH  75'  23M |
| 10 | LOOM HOIST DT L16-20/L14-20 3PH 100'  30M |
| 10 | LOOM HOIST DT L16-20/L14-20 3PH 125'  38M |
| 10 | LOOM HOIST DT L16-20/L14-20 3PH 150'  45M |
| 8 | LOOM HOIST DT L16-20/L14-20 3PH  10'  3M |
| 10 | HOIST DIST PENDANT/CTRL P26 MLABS  50'  15M YEL |
| 20 | HOIST DIST PENDANT/CTRL P26 MLABS 100'  30M YEL |
| 10 | HOIST DIST PENDANT/CTRL P26 MLABS  25'  7.5M YEL |
| 10 | L21-30 8/5  25'  7.5M |
| 10 | L21-30 8/5  50'  15M |
| 20 | L21-30 8/5 100'  30M |
| 36 | SPANSET GAC 2T  9' |
| 4 | RIGGING POINT 2-TON LONG |
| 4 | (SPANSET 3') |



ROD WAVE • TOUR 2024

## RIGGING EQUIPMENT

| QTY | DESCRIPTION |
|---|---|
| 4 | (SPANSET 4') |
| 8 | (SPANSET 3' GAC) |
| 8 | (SPANSET 6' GAC) |
| 4 | (STEEL 1/2" 2T  2') |
| 16 | (STEEL 1/2" 2T  5') |
| 16 | (STEEL 1/2" 2T 10') |
| 8 | (STEEL 1/2" 2T 20') |
| 8 | (STEEL 1/2" 2T 30') |
| 4 | (PEAR RING 3/4" 2.70T) |
| 40 | (SHACKLE 3/4"  4.75T BOW) |
| 4 | (DECK CHAIN STAC 3' 10-LINK (3.75" LINK BLU) |
| 8 | (BURLAP) |
| 52 | RIGGING POINT 1-TON LONG |
| 104 | (SPANSET  3' GAC) |
| 104 | (SPANSET  6' GAC) |
| 104 | (STEEL 3/8" 1T 30') |
| 104 | (STEEL 3/8" 1T 20') |
| 208 | (STEEL 3/8" 1T 10') |
| 208 | (STEEL 3/8" 1T  5') |
| 52 | (STEEL 3/8" 1T  2') |
| 13 | (PEAR RING 5/8 1.90T) |
| 520 | (SHACKLE 5/8"  3.25T BOW) |
| 52 | (DECK CHAIN STAC 3' 10-LINK (3.75" LINK BLU) |
| 104 | (BURLAP) |
| 20 | (SPANSET  3') |
| 20 | (SPANSET  4') |
| 4 | LADDER WIRE ROPE  50'  15M |
| 16 | (LADDER SPANSET  3'-0") |
| 16 | (LADDER SHACKLE 5/8"  3.25T BOW) |
| 6 | FALL PROTECT LIFELINE VERT, RETRACTABLE  60'  18M |
| 12 | FALL PROTECT LIFELINE HORIZ, SHOCK ABS, TENSION 60' 18M MSA |
| 24 | (FALL PROTECT CARABINER STEEL AUTO-LOCKING PEAR-TYPE) |
| 72 | (FALL PROTECT OVAL MASTER LINK 5/8" 2.2T) |
| 24 | (FALL PROTECT LANYARD WEB ANCHOR PASS-THRU D-RING X2 36"L) |
| 12 | (FALL PROTECT BAG STORAGE) |
| 3 | PD 3PH  30A X 6 L21-30, 200A MAXPAC |
| 3 | CAMLOK 2/0 EISL  10'  3M SET |
| 4 | CAMLOK 2/0 EISL  50'  15M SET |
| 2 | CAMLOK 2/0 EISL 100'  30M SET |
| 3 | CAMLOK TURNAROUND SET MOLDED |
| 4 | TRUSS TOOL PKG (SPIGOTED) |
| 4 | (TRUSS DRIFT PIN (TRUSS TOOL) |
| 1 | TRUSS CIRCLE 18' OD 20" X 20" (8) BLK PC |
| 8 | (TRUSS SECTION 1/8 18' OD 20" X 20" BLK PC) |
| 1 | TRUSS CIRCLE 30' OD 12" X 12" (8) NAT |
| 8 | (TRUSS SECTION 1/8 30' OD 12" X 12" NAT) |
| 1 | TRUSS CIRCLE 25' OD 20" X 20" (8) BLK |
| 8 | (TRUSS SECTION 1/8 25' OD 20" X 20" BLK) |
| 34 | TRUSS BOX 20" X 20" SPIG TYLER 10' BLK |
| 24 | MEGA TRUSS - 60" X 24" SPIG 10' BLACK |
|  | **RIGGING - LED** |
| 29 | HOIST 208V DT 1T 16FPM CM-L  75' |
|  | *29 ACTIVE* |



**ROD WAVE ● TOUR 2024**

## RIGGING EQUIPMENT

| QTY | DESCRIPTION |
|---|---|
| 29 | (HOIST CHAIN CM 1T  79' - 103' = 75' LIFT) |
| 4 | HOIST DIST 208V DT L16-20/L14-20  8-WAY MLABS L21-30 TRUSS |
| 4 | (HOIST DIST PENDANT MLABS  8-WAY) |
| 2 | HOIST DIST PENDANT MLABS 24-WAY |
| 4 | HOIST PICKLE SWITCH L14-20 DT [HT/VER] |
| 4 | LOOM HOIST DT L16-20/L14-20 3PH  15'  4.5M |
| 8 | LOOM HOIST DT L16-20/L14-20 3PH  25'  (7.5M) |
| 8 | LOOM HOIST DT L16-20/L14-20 3PH  50'  15M |
| 8 | LOOM HOIST DT L16-20/L14-20 3PH  75'  23M |
| 8 | LOOM HOIST DT L16-20/L14-20 3PH 100'  30M |
| 4 | LOOM HOIST DT L16-20/L14-20 3PH 125'  38M |
| 4 | LOOM HOIST DT L16-20/L14-20 3PH 150'  45M |
| 4 | LOOM HOIST DT L16-20/L14-20 3PH  10'  (3M) |
| 4 | HOIST DIST PENDANT/CONTROL P26 MLABS  50'  (15M) YEL |
| 6 | HOIST DIST PENDANT/CONTROL P26 MLABS 100'  (30M) YEL |
| 2 | HOIST DIST PENDANT/CONTROL P26 MLABS  25'  (7.5M) YEL |
| 2 | L21-30 8/5  25'  7.5M |
| 4 | L21-30 8/5  50'  15M |
| 6 | L21-30 8/5 100'  30M |
| 29 | RIGGING POINT 1-TON LONG |
| 58 | (SPANSET  3' GAC) |
| 58 | (SPANSET  6' GAC) |
| 58 | (STEEL 3/8" 1T 30') |
| 58 | (STEEL 3/8" 1T 20') |
| 116 | (STEEL 3/8" 1T 10') |
| 116 | (STEEL 3/8" 1T  5') |
| 29 | (STEEL 3/8" 1T  2') |
| 8 | (PEAR RING 5/8 1.90T) |
| 290 | (SHACKLE 5/8"   3.25T BOW) |
| 29 | (DECK CHAIN STAC 3' 10-LINK (3.75" LINK BLU) |
| 58 | (BURLAP) |
| 4 | (SPANSET  3') |
| 4 | (SPANSET  4') |
| 4 | FALL PROTECT LIFELINE VERT, RETRACTABLE  60'  18M |
| 1 | PD 3PH  30A X 6 L21-30, 200A MLABS MAXPAC |
| 1 | CAMLOK 2/0 EISL  10'  3M SET |
| 1 | CAMLOK TURNAROUND SET MOLDED |
| | **RIGGING - PRE-RIG MOTORS** |
| 14 | HOIST 208V DT 1/2T 16FPM CM-F  75' |
| | *12 ACTIVE - 2 SPARE* |
| 14 | (HOIST CHAIN CM 1/2T  78' -102' = 75' LIFT) |
| 84 | HOIST 208V DT 1T 16FPM CM-L  75' |
| | *81 ACTIVE - 3 SPARE* |
| 84 | (HOIST CHAIN CM 1T  79' - 103' = 75' LIFT) |
| 5 | HOIST 208V DT 2T 16FPM CM-RRS  75' |
| | *4 ACTIVE - 1 SPARE* |
| 5 | (HOIST CHAIN CM 2T RRS  78' - 82' = 75' LIFT) |
| 3 | HOIST DIST 208V DT L16-20/L14-20  8-WAY MLABS L21-30 TRUSS |
| 3 | (HOIST DIST PENDANT MLABS  8-WAY) |
| 12 | HOIST PICKLE SWITCH L14-20 DT [HT/VER] |
| 12 | LOOM HOIST DT L16-20/L14-20 3PH 100'  30M |
| 6 | LOOM HOIST DT L16-20/L14-20 3PH 150'  45M |
| 3 | HOIST DIST PENDANT/CONTROL P26 MLABS  50'  (15M) YEL |



## ROD WAVE • TOUR 2024

### RIGGING EQUIPMENT

| QTY | DESCRIPTION |
|-----|-------------|
| 3 | HOIST DIST PENDANT/CONTROL P26 MLABS 100'  (30M) YEL |
| 3 | L21-30 8/5  50'  15M |
| 3 | L21-30 8/5 100'  30M |
| 4 | RIGGING POINT 2-TON LONG |
| 4 | (STEEL 1/2" 2T  2') |
| 16 | (STEEL 1/2" 2T  5') |
| 16 | (STEEL 1/2" 2T 10') |
| 8 | (STEEL 1/2" 2T 20') |
| 8 | (STEEL 1/2" 2T 30') |
| 4 | (PEAR RING 3/4" 2.70T) |
| 40 | (SHACKLE 3/4"  4.75T BOW) |
| 4 | (DECK CHAIN STAC 3' 10-LINK (3.75" LINK BLU) |
| 8 | (BURLAP) |
| 81 | RIGGING POINT 1-TON LONG |
| 162 | (STEEL 3/8" 1T 30') |
| 162 | (STEEL 3/8" 1T 20') |
| 324 | (STEEL 3/8" 1T 10') |
| 324 | (STEEL 3/8" 1T  5') |
| 81 | (STEEL 3/8" 1T  2') |
| 21 | (PEAR RING 5/8 1.90T) |
| 810 | (SHACKLE 5/8"  3.25T BOW) |
| 81 | (DECK CHAIN STAC 3' 10-LINK (3.75" LINK BLU) |
| 162 | (BURLAP) |
| 6 | FALL PROTECT LIFELINE VERT, RETRACTABLE  60'  18M |
| 1 | PD 3PH  30A X 6 L21-30, 200A MLABS MAXPAC |
| 1 | CAMLOK 2/0 EISL  10'  3M SET |
| 2 | CAMLOK 2/0 EISL  50'  15M SET |
| 1 | CAMLOK 2/0 EISL 100'  30M SET |
| 1 | CAMLOK TURNAROUND SET MOLDED |
| 4 | TRUSS TOOL PKG (SPIGOTED) |
| 4 | (TRUSS DRIFT PIN (TRUSS TOOL) |
| 24 | MEGA TRUSS - 60" X 24" SPIG 10' BLACK |
|  | **RIGGING - POD AUTOMATION** |
| 15 | XLR7 KINESYS ENCODER  15'  4.5M |
| 5 | XLR7 KINESYS ENCODER  50'  15M |
| 5 | XLR7 KINESYS ENCODER 100'  30M |
| 5 | XLR7 KINESYS ENCODER 200'  61M |
| 16 | HOIST VS KINESYS 208V 1T 32FPM CM-LL 75' GEN2 |
| 16 | (HOIST KINESYS ELEVATION 1+ CONTROLLER V2) |
| 40 | CHAIN SLIDER PRG PKG |
| 40 | (CHAIN SLIDER SLING (CLIMBING RUNNER) 1" X 12") |
| 1 | HOIST KINESYS ARRAY PD-ES-T CAMLOK PKG |
| 1 | (HOIST KINESYS ARRAY PD-ES-T CAMLOK - CEE32-BLU5 X4 6RU) |
| 1 | (HOIST KINESYS E-STOP BUTTON SOCA22M  3'  1M) |
| 1 | (HOIST SOCA22F KINESYS E-STOP BLANKING) |
| 1 | (HOIST SOCA22 KINESYS M-F 164'  50M) |
| 1 | HOIST KINESYS VECTOR CONTROL LAPTOP PKG |
| 1 | (KINESYS LAPTOP W/VECTOR) |
| 1 | CAMLOK 2/0 EISL  10'  3M SET |
| 2 | CAMLOK 2/0 EISL  50'  15M SET |
| 1 | CAMLOK TURNAROUND SET MOLDED |
| 5 | CEE 30A/3-120/208V BLU 10/5  50'  15M |
| 5 | CEE 30A/3-120/208V BLU 10/5 100'  30M |

**ROD WAVE • TOUR 2024**

## RIGGING EQUIPMENT

| QTY | DESCRIPTION |
|---|---|
| 15 | CEE 30A/3-120/208V BLU 10/5  15'  3.5M |
| 5 | CEE 30A/3-120/208V BLU 10/5 200'  45M |
| 16 | TRUSS LOWPRO 14" X 24" TYLER GT (VS) V2 10' BLK PC |
| 4 | TRUSS TOOL PKG (SPIGOTED) |
| 4 | (TRUSS DRIFT PIN (TRUSS TOOL) |
| 16 | TRUSS PICKUP BAR 24" TYLER GT TOP 1-HOLE BLK |
| 16 | (TRUSS PICKUP BAR BOTTOM 24" TYLER GT BLK) |
| 4 | TRUSS CORNER 14" X 24" TYLER GT 4-WAY LOADB BLK PC |
| 16 | TRUSS SHELF TYLER GT 2' X 2' WOOD "SKID" |
| | **RIGGING - CATWALK AUTOMATION** |
| 15 | XLR7 KINESYS ENCODER  15'  4.5M |
| 5 | XLR7 KINESYS ENCODER  50'  15M |
| 5 | XLR7 KINESYS ENCODER 100'  30M |
| 5 | XLR7 KINESYS ENCODER 200'  61M |
| 14 | HOIST VS KINESYS 208V 1T 32FPM CM-LL 75' GEN2 |
| 14 | (HOIST KINESYS ELEVATION 1+ CONTROLLER V2) |
| 10 | CHAIN SLIDER PRG PKG |
| 10 | (CHAIN SLIDER SLING (CLIMBING RUNNER) 1" X 12") |
| 1 | HOIST KINESYS ARRAY PD-ES-T CAMLOK PKG |
| 1 | (HOIST KINESYS ARRAY PD-ES-T CAMLOK - CEE32-BLU5 X4 6RU) |
| 1 | (HOIST KINESYS E-STOP BUTTON SOCA22M  3'  1M) |
| 1 | (HOIST SOCA22F KINESYS E-STOP BLANKING) |
| 1 | (HOIST SOCA22 KINESYS M-F  6'  2M) |
| 1 | CAMLOK 2/0 EISL  10'  3M SET |
| 1 | CAMLOK TURNAROUND SET MOLDED |
| 5 | CEE 30A/3-120/208V BLU 10/5  50'  15M |
| 5 | CEE 30A/3-120/208V BLU 10/5 100'  30M |
| 15 | CEE 30A/3-120/208V BLU 10/5  15'  3.5M |
| 5 | CEE 30A/3-120/208V BLU 10/5 200'  45M |
| 18 | TRUSS LOWPRO 14" X 24" TYLER GT (VS) V2 10' BLK PC |
| 8 | TRUSS LOWPRO 14" X 24" TYLER GT (VS) V2  8' BLK PC |
| 4 | TRUSS TOOL PKG (SPIGOTED) |
| 4 | (TRUSS DRIFT PIN (TRUSS TOOL) |
| 14 | TRUSS PICKUP BAR 24" TYLER GT TOP 1-HOLE BLK |
| 14 | (TRUSS PICKUP BAR BOTTOM 24" TYLER GT BLK) |
| 4 | TRUSS CORNER 14" X 24" TYLER GT 2-WAY LOADB BLK PC |
| 14 | TRUSS SHELF TYLER GT 2' X 2' WOOD "SKID" |
| | **RIGGING - CENTER LX RINGS AUTOMATION** |
| 12 | XLR7 KINESYS ENCODER  15'  4.5M |
| 4 | XLR7 KINESYS ENCODER  50'  15M |
| 4 | XLR7 KINESYS ENCODER 100'  30M |
| 4 | XLR7 KINESYS ENCODER 200'  61M |
| 12 | HOIST VS KINESYS 208V 1/2T 64FPM CM-JJ 75' GEN2 |
| 12 | (HOIST KINESYS ELEVATION 1+ CONTROLLER V2) |
| 10 | CHAIN SLIDER PRG PKG |
| 10 | (CHAIN SLIDER SLING (CLIMBING RUNNER) 1" X 12") |
| 1 | HOIST KINESYS ARRAY PD-ES-T CAMLOK PKG |
| 1 | (HOIST KINESYS ARRAY PD-ES-T CAMLOK - CEE32-BLU5 X4 6RU) |
| 1 | (HOIST KINESYS E-STOP BUTTON SOCA22M  3'  1M) |
| 1 | (HOIST SOCA22F KINESYS E-STOP BLANKING) |
| 1 | (HOIST SOCA22 KINESYS M-F  6'  2M) |
| 1 | CAMLOK 2/0 EISL  10'  3M SET |
| 1 | CAMLOK TURNAROUND SET MOLDED |



**ROD WAVE •** TOUR 2024

## RIGGING EQUIPMENT

| QTY | DESCRIPTION |
|---|---|
| 4 | CEE 30A/3-120/208V BLU 10/5  50'  15M |
| 4 | CEE 30A/3-120/208V BLU 10/5 100'  30M |
| 12 | CEE 30A/3-120/208V BLU 10/5  15'  3.5M |
| 4 | CEE 30A/3-120/208V BLU 10/5 200'  45M |
| 4 | TRUSS LOWPRO 14" X 24" TYLER GT (VS) V2 10' BLK PC |
| 4 | TRUSS LOWPRO 14" X 24" TYLER GT (VS) V2  5' BLK PC |
| 2 | TRUSS TOOL PKG (SPIGOTED) |
| 2 |   (TRUSS DRIFT PIN (TRUSS TOOL) |
| 12 | TRUSS PICKUP BAR 24" TYLER GT TOP 1-HOLE BLK |
| 12 |   (TRUSS PICKUP BAR BOTTOM 24" TYLER GT BLK) |
| 1 | TRUSS CORNER 14" X 24" TYLER GT 4-WAY LOADB BLK PC |
| 12 | TRUSS SHELF TYLER GT 2' X 2' WOOD "SKID" |
|  | **RIGGING - SPARES** |
| 2 | HOIST VS KINESYS 208V 1/2T 64FPM CM-JJ 75' GEN2 |
| 2 | HOIST VS KINESYS 208V 1T 32FPM CM-LL 75' GEN2 |
| 2 | HOIST 208V DT 1/2T 16FPM CM-F  75' |
| 4 | HOIST 208V DT 1T 16FPM CM-L  75' |
| 1 | HOIST 208V DT 2T 16FPM CM-RRS  75' |
| 2 | HOIST DIST 208V DT L16-20/L14-20  8-WAY MLABS L21-30 TRUSS |
| 1 | HOIST DIST 208V DT L16-20/L14-20  2-WAY MLABS L21-30 TRUSS |
| 1 | HOIST KINESYS ARRAY PD-ES-T CAMLOK PKG |
| 1 | HOIST KINESYS VECTOR CONTROL LAPTOP PKG |

## VIDEO EQUIPMENT

| QTY | DESCRIPTION |
|---|---|
|  | **CIRCULAR LED WALL** |
|  | **LED TILE SYSTEM** |
| 1 | LED TILE SYS  8.33MM INFI TITAN-X (T) NOVASTAR |
| 220 |   (LED TILE  8.33MM INFI TITAN-X (T) V2 +/-15° WP IP65) |
|  | **LED PROCESSING RACK** |
| 2 | COMPU PC LAPTOP LENOVO E560 I7 2.5GHZ 15.6" [LED] |
| 1 | MONITOR 15.6" LCD 3840X2160 LILLIPUT BM150-4K 6U 4K |
| 4 | LED PROCESSOR/SCALER NOVASTAR MX40-PRO 2RU |
|  | *2 ACTIVE 1 SPARE* |
| 4 | LED CONVERTER FIBER > ETHERNET NOVASTAR CVT10PRO-S |
| 1 | NET SWITCH UM 1GB X24, SFP X2 CISCO SG102-24 |
| 1 | RACK 28RU SHOCKMOUNT 36D 25W 62H |
| 2 | UPS 120V 1500VA APC SMT1500RM2U 2RU |
| 1 | RACK DRAWER 3RU |
| 6 | FIBER LC-LC SM OS1  4CH TAC  500'  152M |
|  | **POWER DISTRIBUTION** |
| 2 | PD 208V 20A X48 SOCA19, ED DUP X5 PROPOWER |
| 25 | TRUE1 M-F X2 12/3 TWOFER MOLDED |
| 10 | SOCA19M - TRUE1 F X6 B/O EVEN  6'  2M |
| 8 | SOCA19 MULTI 12/14  25'  7.5M |
| 18 | SOCA19 MULTI 12/14  50'  15M |
| 10 | SOCA19 MULTI 12/14  75'  23M |
| 18 | SOCA19 MULTI 12/14 100'  30M |
| 6 | EDISON M - PLUG STRIP |
| 8 | EDISON 12/3 SO  25'  7.5M |
| 8 | EDISON 12/3 SO  50'  15M |
| 4 | EDISON 12/3 SO 100'  30M |



ROD WAVE • TOUR 2024

## VIDEO EQUIPMENT

| QTY | DESCRIPTION |
|-----|-------------|
| 2 | CAMLOK TURNAROUND SET MOLDED |
| 1 | CAMLOK 4/0 EISL TAIL SET MIN 5'  (1.5M) |
| 2 | CAMLOK 4/0 EISL 100'  30M SET |
| 1 | CAMLOK 4/0 EISL  50'  15M SET |
| 1 | CAMLOK 4/0 EISL  10'  3M SET |
| 2 | CAMLOK 4/0 EISL  25'  7.5M SET |
|  | **LONE WALL** |
|  | **LED PROCESSING** |
| 1 | LED PROCESSOR SYS GALAXIA LC2012 |
| 2 | (LED PROCESSOR GALAXIA LC2012 1RU) |
|  | *1 ACTIVE 1 SPARE* |
| 1 | COMPU PC LAPTOP LENOVO E560 I7 2.5GHZ 15.6" [LED] |
|  | **LED TILE SYSTEM** |
| 1 | LED TILE SYS  9.375MM GAL WVAIR 9 (T) LC2012 |
|  | 23WX4H 92 PRIME<br>45' 3-1/4" X 15'9"<br>RESOLUTION 1472X512 |
| 92 | (LED TILE  9.375MM GAL WVAIR 9 (T) B#1 V1 1X2 WP IP65) |
|  | **LED FLOOR YESTECH OPTION** |
|  | **LED TILES** |
| 1 | LED TILE SYS  4.80MM YESTECH FLOOR NOVASTAR |
| 783 | (LED FLOOR TILE  4.80MM YESTECH MG7S P4.8 WP IP65) |
| 140 | (LED FLOOR TILE  4.80MM YESTECH MG7S P4.8 QTR WP IP65) |
| 1 | INFINIFORM PLATFORM FOR YESTECH FLOOR |
|  | **LED PROCESSING RACK** |
| 2 | LED PROCESSOR/SCALER NOVASTAR MX40-PRO 2RU |
| 1 | COMPU PC LAPTOP LENOVO E560 I7 2.5GHZ 15.6" [LED] |
| 4 | FIBER ST-ST SM OS1 12CH TAC  500'  152M |
| 10 | FIBER LC-ST MM OM1  2CH LT.DUTY  3'  1M |
| 2 | LED CONVERTER FIBER > ETHERNET NOVASTAR CVT10PRO-S |
|  | **POWER DISTRIBUTION** |
| 10 | SOCA19 MULTI 12/14 100'  30M |
| 10 | SOCA19 MULTI 12/14  75'  23M |
| 10 | SOCA19 MULTI 12/14  50'  15M |
| 10 | SOCA19M - TRUE1 F X6 B/O EVEN  6'  2M |
| 20 | TRUE1 M-F 12/3  10'  3M |
| 20 | TRUE1 M-F 12/3  25'  7.5M |
| 10 | SOCA19 MULTI 12/14  25'  7.5M |
| 20 | TRUE1 M-F 12/3  15'  4.5M |
| 1 | PD 208V 20A X48 SOCA19, ED DUP X5 PROPOWER |

## MEDIA SERVER EQUIPMENT

| QTY | DESCRIPTION |
|-----|-------------|
|  | **MEDIA SERVER PACKAGE** |
| 2 | MEDIA SERVER DISGUISE GX 2C 4RU |
|  | *1-MAIN 1-BACKUP* |
| 1 | RACK 30RU SHOCKMOUNT 39D 26W 66H [TV] |
| 2 | RACK PD FURMAN PL-PRO DMC W/METERS 90-139V |
| 1 | RACK PD 20A - ED X10 REAR TRIPP-LITE IBAR12/20ULTR |
| 2 | MONITOR 24" LED 1920X1080 VIEWSONIC VX2457-MHD |
|  | *FOH MONITORS* |
| 1 | MONITOR 17" LCD 1920X1200 MARSHALL V-MD171-3G 6RU |



**ROD WAVE** • TOUR 2024

## MEDIA SERVER EQUIPMENT

| QTY | DESCRIPTION |
|---|---|
| 1 | MONITOR 17" LCD 1920X1080 BOLAND LVB17-G 3G |
|  | *RACK MONITOR* |
| 4 | KVM OVER IP HDMI+USB+AUDIO TRX ADDER XDIP-POE |
|  | *3-RACK 1-FOH* |
| 3 | SCALER BARCO IMAGEPRO-4K |
| 3 | RACKMOUNT KVM ADDER X2 RMK8 1RU |
| 1 | RACK 3RU INSERT >6"D |
| 1 | ROUTER 40X40 12G-SDI BMAGIC SMART VIDEOHUB 2RU |
| 1 | SMPTE DISTRIPALYZER BRAINSTORM SR-112 W/TCG |
| 1 | SYNC GEN EVERTZ MASTER CLOCK 5601MSC+3GSDI 1RU |
| 1 | NET SWITCH MGD 1GB X24 POE NETGEAR GS728TPP |
| 1 | NET SWITCH MGD 10GB X 8, SFP+ X1 NETGEAR XS708E-100NE |
| 2 | NET SWITCH MGD 10GB X12, SFP+ X12 CISCO CB350-24XTS |
|  | *1-RACK 1-FOH* |
| 1 | UPS 120V 3000VA APC SMT3000RM2U 2RU |
| 4 | SFP 1000BASE-LX LC SM ADDON 1310NM |
| 1 | CONVERTER HDMI - 3G/HD/SDI CROSS DECIMATOR MD-HX |
| 4 | SFP+ 10GBASE-LR LC SM CISCO SFP-10G-LR |
| 20 | FIBER COUPLER ST-ST SM/MM 1CH |
| 6 | FIBER LC-ST SM OS2 2CH LT.DUTY 3' 1M |
| 2 | FIBER ST-ST SM OS1 4CH TAC 492' 150M |
| 10 | HDMI 2.0 M-M 10' 3M |
| 1 | HDMI 1.0 M-M 10' 3M |
| 10 | HDMI 2.0 M-M 5'-6' 1.5-2M |
| 10 | HDMI 2.0 M-M 15' 4.5M |
| 10 | HDMI 2.0 M-M ACTIVE 50' 15M |
| 10 | HDMI 2.0 M-M 25' 7.5M |

## CAMERAS EQUIPMENT

| QTY | DESCRIPTION |
|---|---|
|  | **SWITCHER SYSTEM** |
| 1 | SWITCHER SYS 3G ROSS CARBONITE 2.5-M/E NOC KRYPTON |
| 1 | CAM CCU BCAST GRASS VALLEY + COMM RACK NOC |
|  | **CAMERAS** |
| 6 | CAMERA BCAST GRASS VALLEY LDX 80 PREMIER [HD-B4-TRIAX] |
|  | *4X LL* |
|  | *2X HH* |
| 2 | CASE CAM LDX X4 CADILLAC NOC WOOD |
|  | **CAMERA LENS & TRIPODS** |
| 4 | CAM MOUNT GRASS VALLEY 3G REFLEX SUPERXPANDER |
| 2 | CAM LENS B4 S 23X FUJI HA23X7.6BERM-M6 HD |
| 4 | CAM LENS B4 L 99X FUJI XA99X8.4BESM HD IS |
| 2 | FLUID HEAD SACHTLER VIDEO 18 |
| 4 | FLUID HEAD SACHTLER VIDEO 90 FB |
| 4 | CASE CAM LENS LONG CADILLAC NOC WOOD |
|  | **PTZ CAMERAS** |
| 4 | CAMERA PTZ PANA HD AW-HE130 BLK |
| 1 | CAM CONTROL PTZ PANA AW-RP120 |
| 1 | NET SWITCH UM 1GB X 8 POE+ NETGEAR GS108LP |
| 1 | VIDEO MULTIVIEW 3G/SDI/HDMI 6:1 DECIMATOR DMON-6S |
|  | **RECORD RACK** |
| 2 | DVR AJA KI PRO ULTRA PLUS 4K |



## ROD WAVE • TOUR 2024

### CAMERAS EQUIPMENT

| QTY | DESCRIPTION |
|-----|-------------|
|  | *2X PGM* |
| 1 | RACK SHELF 2RU AJA KI PRO ULTRA KPU-SHELF |
| 2 | RACK PD 20A - ED X10 REAR TRIPP-LITE IBAR12/20ULTR |
| 1 | TIMECODE GEN FAST FORWARD VIDEO F30 120V |
| 1 | VDA COMPOS 1X10 KRAMER VM-1010 |
| 1 | ADA 1X12 DRAWMER DA6 |
| 4 | XLR3 AUDIO  5'-6'  1.5-2M |
| 1 | RCA M - BNC F ADPTR |
| 3 | BNC RG59 75 OHM   5'  1.5M |
| 1 | RACK DRAWER 3RU |
| 1 | RACK 16RU SHOCKMOUNT 30D 24W 39H |
| | **ROBO LOOMS** |
| 8 | BNC RG6 75 OHM 100'  30M |
| 8 | BNC RG6 75 OHM 150'  45M |
| 8 | BNC RG6 75 OHM 200'  61M |
| 8 | RJ45 CAT5E SF/UTP TAC PROPLEX 100'  30M |
| 8 | RJ45 CAT5E SF/UTP TAC PROPLEX 150'  45M |
| 8 | RJ45 CAT5E SF/UTP TAC PROPLEX 200'  61M |
| | **FIBER OPTIC CABLE** |
| 2 | FIBER ST-ST SM OS1 12CH TAC  250'  76M |
| 4 | FIBER ST-ST SM OS1  4CH TAC  492'  150M |
| 7 | HDSDI EXT 3G - FIBER SM ST 1CH TX AJA FIDO-T-ST |
| 7 | HDSDI EXT 3G - FIBER SM ST 1CH RX AJA FIDO-R-ST |
| | **VIDEO SYSTEM SUPPORT** |
| 1 | CABLE PKG + COMMS NOC |
| 1 | CABLE PKG + MONITOR ENG SUP NOC |
| 1 | LINE DIRECTOR/PIT FOH PKG NOC |
| 1 | LINE DIRECTOR/PIT BUTTWORLD PKG NOC |
| 1 | CABLE PKG EDISON SMALL |
| 1 | MONITOR 17" LCD 1920X1080 BOLAND LVB17-G 3G |
| 2 | MONITOR 24" LED 1920X1080 VIEWSONIC VX2457-MHD |
| 4 | CONVERTER 3G/HD/SDI > HDMI AJA HI5-3G |
| 4 | CONVERTER HDMI + AUDIO > HD/SDI AJA HA5-PLUS |
| 4 | VDA  3G/HD/SDI 1X 6 RECLOCKING AJA 3GDA |
| 3 | RJ45 CAT5E SF/UTP TAC PROPLEX 250'  76M |
| 10 | HDMI 2.0 M-M  5'-6'  1.5-2M |
| 25 | BNC F-F COUPLER 75 OHM |

### WEEKLY PROPOSAL OVERVIEW

| | |
|---|---|
| LIGHTING EQUIPMENT | $  26,481.30 |
| RIGGING EQUIPMENT | $  52,736.00 |
| VIDEO EQUIPMENT | $  62,180.31 |
| MEDIA SERVER EQUIPMENT | $   6,849.50 |
| CAMERA EQUIPMENT | $  13,905.00 |
| LIGHTING LABOR | $  27,377.58 |
| RIGGING LABOR | $  19,165.21 |
| VIDEO LABOR | $  58,909.85 |
| AUTOMATION LABOR | $  19,413.13 |
| **WEEKLY GRAND TOTAL** | **$ 287,017.88** |



ROD WAVE ● TOUR 2024

## PROPOSAL OVERVIEW

| | | |
|---|---|---|
| LIGHTING EQUIPMENT | $ | 238,331.70 |
| RIGGING EQUIPMENT | $ | 474,624.00 |
| VIDEO EQUIPMENT | $ | 559,622.78 |
| MEDIA SERVER EQUIPMENT | $ | 61,645.50 |
| CAMERA EQUIPMENT | $ | 125,145.00 |
| LIGHTING LABOR | $ | 285,509.00 |
| RIGGING LABOR | $ | 203,972.38 |
| VIDEO LABOR | $ | 614,345.56 |
| AUTOMATION LABOR | $ | 202,451.23 |
| PREP LABOR | $ | 41,952.00 |
| TRAVEL / HOTELS / PER DIEM | $ | 128,375.00 |
| PRODUCTION | $ | 9,750.00 |
| ENGINEERING | $ | 3,750.00 |
| CONSUMABLES | $ | 8,000.00 |
| **GRAND TOTAL** | **$** | **2,957,474.15** |

## SCHEDULE

| | |
|---|---|
| 10/08/2024 | Travel |
| 10/09/2024 – 10/13/2024 | Prep |
| 10/14/2024 | Travel |
| 10/15/2024 – 10/19/2024 | Rehearsals |
| 10/20/2024 – 12/18/2024 | Tour |
| 12/19/2024 | Travel |
| 12/20/2024 | De-prep |

## LABOR

- ☐ Lighting Labor includes: 1x Crew Chief, 1 Dimmer Technician, 1x Ground Control Followspot Technician, 1x Moving Light Technician, 2x Technicians, 4x Warehouse Prep Technicians
- ☐ Rigging Labor includes: 1x Head Rigger, 1x Lead Rigger, 1x Rigger Assist
- ☐ Video Labor includes:1x LED Crew Chief, 1x LED Lead, 6x LED Technicians, 1x Media Server Programmer, 1x Video Director, 1x Video Assist/Utility, 4x Warehouse Prep Technicians
- ☐ Automation Labor includes: 1x Crew Chief, 1x Operator, 1x Technician, 4x Warehouse Prep Technicians
- ☐ Per Diem included for the Tour
- ☐ Crew travel and accommodations provided by PRG for prep only



ROD WAVE • TOUR 2024

### NOTES

- ☐ This quote will expire on 08/01/2024
- ☐ Contract and insurance required upon confirmation
- ☐ Does not include applicable Fees or Taxes
- ☐ Consumables, Labor, and Crew Travel are estimates
- ☐ Cancellations due to COVID will be charged cancellation fees as per terms of PRG Services Agreement
- ☐ Expected gear return date is 12/20/2024 to Nashville PRG location

### EXCLUSIONS

- ☐ Programmer/Lighting Director
- ☐ Stagehands
- ☐ Trucking
- ☐ Shipping
- ☐ Immigration/VISA
- ☐ Customs/Carnet
- ☐ Any Applicable Taxes/VAT



**Live International Ltd.**
1250 Greenbriar
Suite C
Addison, IL  60101
Phone: 847-456-6090
Fax: 847-472-9879

# Quote

Quote Number: 24-0445
Rod Wave Fall '24 - Audio v1

| Client | Venue / Site |
|---|---|
| 360 Production Group<br>LeShun Williams<br>Email: leshun@360productiongroup.com | |

| Account Manager | Shipping Method | Customer PO | Warehouse | Terms | Tax Rule |
|---|---|---|---|---|---|
| Ryan C. Williams | N/A | | Addison, IL | | |

| Ship Date | Load In | Show Start | Load Out | Return Date |
|---|---|---|---|---|
| 10/10/2024 12:01 AM | | | | 12/10/2024 11:59 PM |

| Type | Qty. | Description | Note | Time | Rate | Price | Price Ext. |
|---|---|---|---|---|---|---|---|
| **CONTROL , MONITORS, MICS** | | | | | | | |
| Rental | 2 | AVID S6L Digital Mixing Console | | | | | |
| Rental | 2 | E6L-192 | | | | | |
| Rental | 2 | Stage 64 | | | | | |
| Rental | 2 | 325' CAT Snake | | | | | |
| Rental | 4 | 15' Shielded Cat 6 Ethercon Cable | | | | | |
| Rental | 4 | Shure PSM1000 P10T G10 (TRANSMITTER) | | | | | |
| Rental | 8 | PSM1000 P10R+ G10 (BODYPACK) | | | | | |
| Rental | 16 | Shure SB900A | | | | | |
| Rental | 1 | Shure PA821 PSM Antenna Combiner | | | | | |
| Rental | 4 | Axient Digital Wireless Receiver | | | | | |
| Rental | 12 | Axient Digital Wireless Transmitter | | | | | |
| Rental | 4 | Axient Digital Wireless Bodypack | | | | | |
| Rental | 32 | Shure SB900A | | | | | |
| Rental | 1 | Axient Antenna Distribution Amplifier | | | | | |
| Rental | 1 | CASE: MIC TRUNK 2 | | | | | |
| Rental | 4 | Shot Gun mic | | | | | |
| | | | **CONTROL , MONITORS, MICS Total:** | | | | **$7,000.00** |
| **Stacks & Racks** | | | | | | | |
| Rental | 24 | L'Acoustics K1 | | | | | |
| Rental | 6 | K1 Chariot | | | | | |
| Rental | 2 | CaCom Jumper | | | | | |
| Rental | 72 | L'Acoustics K2 | | | | | |
| Rental | 18 | K2 Chariot | | | | | |
| Rental | 16 | K2 LINK | | | | | |
| Rental | 6 | CaCom Jumper | | | | | |
| Rental | 48 | L'Acoustics KS-28 Subwoofer | Flown Subs and ground complement | | | | |
| Rental | 12 | KS28 Chariot | | | | | |
| Rental | 4 | KS28 Bumper | | | | | |
| Rental | 8 | CaCom NL2 Breakout | | | | | |
| Rental | 36 | KARAII | | | | | |
| Rental | 1 | Kara Rigging Kit | | | | | |
| Rental | 7 | CaCom NL4 Breakout | | | | | |
| Rental | 18 | NL4 Jumper - 18" | | | | | |
| Rental | 14 | L'Acoustics X15 HiQ | Wedges plus Cue | | | | |
| Rental | 4 | LA12X | | | | | |
| Rental | 2 | Kara Side Fill Package | 4 Corner Sidefill (Sub K3) | | | | |
| Rental | 12 | L'Acoustics KARA | | | | | |

Live International Ltd.

Quote (Quote Number: 24-0445)

| Type | Qty. | Description | Note | Time | Rate | Price | Price Ext. |
|------|------|-------------|------|------|------|-------|------------|
| Rental | 8 | NL4 Jumper - 18" | | | | | |
| Rental | 4 | CaCom S-Fill | | | | | |
| Rental | 8 | L'Acoustics KS-28 Subwoofer | | | | | |
| Rental | 4 | KS28 Chariot | | | | | |
| Rental | 18 | LA-RAK II | | | | | |
| Rental | 54 | LA12X | | | | | |
| | | | | | **Stacks & Racks Total:** | | **$46,170.00** |

**RIGGING**

| Type | Qty. | Description | Note | Time | Rate | Price | Price Ext. |
|------|------|-------------|------|------|------|-------|------------|
| Rental | 4 | CM 2 Ton 80' Motor - 2 Ton 80' | SOUND | | | | |
| Rental | 4 | 2 TON MOTOR CASE | | | | | |
| Rental | 40 | CM 1 Ton 80' Motor - 1 Ton 80' | SOUND | | | | |
| Rental | 20 | CASE: 1TON MOTOR CASE | | | | | |
| Rental | 40 | Steelflex GAC 60 x 3FT - 3ft | | | | | |
| Rental | 20 | Tuflex BSEN 60 x 3FT | | | | | |
| Rental | 18 | 10' Tyler Green Truss | SOUND | | | | |
| Rental | 36 | 10' Tyler Green Truss Legs | | | | | |
| Rental | 8 | Tyler 12"x12"x10' Box Truss (Black) - 10' | SOUND CB | | | | |
| Rental | 6 | Motion Laboratories 8 Way Motor Control | | | | | |
| Rental | 4 | 8 way Contractor Pendant | | | | | |
| Rental | 2 | 16 way contractor pendant | | | | | |
| Rental | 44 | Steelflex GAC 60 x 3FT - 3ft | | | | | |
| Rental | 6 | Tuflex BSEN 60 x 3FT | | | | | |
| | | | | | **RIGGING Total:** | | **$8,645.00** |

**FEEDER**

| Type | Qty. | Description | Note | Time | Rate | Price | Price Ext. |
|------|------|-------------|------|------|------|-------|------------|
| Rental | 2 | 4Ø FEEDER KIT - 125' | | | | | |
| Rental | 2 | 4Ø  - 75' | | | | | |
| Rental | 2 | 4Ø - 25' | | | | | |
| Rental | 2 | 4Ø - 50' | | | | | |
| Rental | 2 | 4Ø JUMPER - 5' | | | | | |
| Rental | 2 | GREEN FEEDER TURNAROUND | | | | | |
| Rental | 2 | WHITE FEEDER TURNAROUND | | | | | |
| Rental | 2 | 4Ø Feeder Tails - 10' | | | | | |
| Misc | 1 | CABLE PACKAGE | | | | | |
| | | | | | **FEEDER Total:** | | **$5,400.00** |

**Labor and Logistics**

| Type | Qty. | Description | Note | Time | Rate | Price | Price Ext. |
|------|------|-------------|------|------|------|-------|------------|
| Travel | 6 | Per Diem | | | | | |
| Labor | 4 | System Technician (A1) 10/10/2024 12:01 AM - 12/10/2024 11:59 PM | | | | | |
| Labor | 1 | FOH Technician (A1) 10/10/2024 12:01 AM - 12/10/2024 11:59 PM | Load In, Setup, Rehearsal, Operate, Load Out, Strike | | | | |
| Labor | 1 | Monitor Technician (A1) 10/10/2024 12:01 AM - 12/10/2024 11:59 PM | | | | | |
| | | | | | **Labor and Logistics Total:** | | **$27,300.00** |
| Rental | 1 | Additional Weeks | | | | | |

Live International Ltd.

Quote (Quote Number: 24-0445)

| | |
|---|---|
| Subtotal: | $945,150.00 |
| Sales Tax: | $0.00 |
| Delivery and Pickup: | $0.00 |
| Total: | $945,150.00 |
| Total Applied Payments: | $0.00 |
| Balance Due: | $945,150.00 |

**Live**
SOUND | LIGHTING | VIDEO
STAGING | TRUCKING

1250 Greenbriar
Suite C
Addison, IL  60101
Phone  847-456-6090
Fax  847-472-9879

**Event Budget Summary / Agreement**

| | |
|---:|:---|
| *Quote Number* | 24-0546 |
| *Name* | Rod Wave Fall 2024 Trucking Rough Quote Six Week v2 |
| *Submittal Date* | 7/26/2024 |

## *Budget Prepared For*

LeShun Williams

360 Production Group
LeShun Williams
Email: leshun@360productiongroup.com

## *Event Information and Budget Summary*

| *Description* | *Cost* |
|:---|---:|
| Rod Wave Fall 2024 Trucking Rough Quote Six Week v2 (24-0546) | $2,255,000.00 |
| Subtotal | $2,255,000.00 |
| Sales Tax | $0.00 |
| Grand Total | $2,255,000.00 |

By signing below you acknowledge you have read and agree to the Terms and Conditions located on page two of this agreement.

Signed: _____    Date: _____
LeShun Williams

Title: _____



**Live International Ltd.**
1250 Greenbriar
Suite C
Addison, IL 60101
Phone: 847-456-6090
Fax: 847-472-9879

# Quote

Quote Number: 24-0546
Rod Wave Fall 2024 Trucking Rough Quote Six Week v2

| Client | Venue / Site |
|---|---|
| 360 Production Group<br>LeShun Williams<br>Email: leshun@360productiongroup.com | |

| Account Manager | Shipping Method | Customer PO | Warehouse | Terms | Tax Rule |
|---|---|---|---|---|---|
| | N/A | | Addison, IL | | |

| Ship Date | Load In | Show Start | Load Out | Return Date |
|---|---|---|---|---|
| 8/1/2024 12:00 AM | | | | 9/11/2024 5:00 PM |

| Type | Qty. | Description | Note | Time | Rate | Price | Price Ext. |
|---|---|---|---|---|---|---|---|
| Service | 22 | Semi Truck | | | | | |
| Service | 9 | Additional Trucking Weeks | | | | | |
| Service | 22 | Pickups | | | | | |
| Service | 22 | Returns | | | | | |

Notes:
Very Rough Estimate based off of six week tour inclusive of pickups and returns.
Inclusive of Border Crossing Fees. Any in excess will be backbilled at prevailing rate
Rate is an all in trucking inclusive of fuel, tolls, driver pay.
Tour responsible for any additional charges, taxes, and/or fees

This quotation is issued subject to The Client arranging and covering costs for the following:
• A Certificate of Insurance naming "Live International, LTD" as Additional Insured for General Liability and Loss Payee for Equipment.
• All applicable International and Local taxes.
• 24-hour event site security
• All Technical Staff Hotels
• All Technical Staff Transportation
• All Technical Staff per diem
• All Technical Staff meals during working days (catering, meal vouchers or equivalent)
• Labor to load/unload equipment from trucks on site
• Stagehands and qualified riggers for the construction and dismantling of rented equipment
• Batteries for RF devices and RF consumables as required.
• RF Licensing where needed. These services can be arranged upon request.
• Forklift(s) for loading and unloading of trucks
• Weekend/Holiday deliveries to or pickups from our locations will incur additional billing
• All equipment trucking/transportation F.O.B. Live International, LTD and return
• All required special parking permits for our vehicles

| | |
|---|---|
| Subtotal: | $2,255,000.00 |
| Sales Tax: | $0.00 |
| Delivery and Pickup: | $0.00 |
| Total: | $2,255,000.00 |
| Total Applied Payments: | $0.00 |
| Balance Due: | $2,255,000.00 |



# Rental Quote

Quote Number: 24-0124
Rodwave 24' Summer

| **Client** | **Client Contact** |
|---|---|
| 360 Production Group, LLC | LeShun Williams<br>360 Production Group, LLC<br>Email: leshun@360productiongroup.com<br>Mobile: 770-731-9333 |

| **Bill To** | **Ship To** |
|---|---|
| 360 Production Group, LLC | |

| Acct Manager | Customer PO | Terms | Tax Rule | discount |
|---|---|---|---|---|
| Will Roche | | Due on Receipt | TN Sales Tax | |

| Revision Date | Valid Until | Deposit % | Deposit | Deposit Due |
|---|---|---|---|---|
| 2/14/2024 | | 0% | $0.00 | 8/1/2024 |

| Ship Date | Shipping Method | Load In | Show Start | Load Out | Return Date |
|---|---|---|---|---|---|
| 8/1/2024 3:00 PM | N/A | 8/1/2024 12:00 AM | | 9/16/2024 12:00 AM | 9/16/2024 11:00 PM |

| Type | Qty. | Description | Note | Time | Rate | Price | Price Ext. |
|---|---|---|---|---|---|---|---|
| **Stage Total** | | | | | | | |
| Rental | 1 | Round Stage | 50' | 1 | Week Rate | 15,000.00 | 15,000.00 |
| Rental | 1 | Thrust | 80x8 | 2 | Week Rate | 2,560.00 | 5,120.00 |
| Rental | 1 | Band Stage | | 1 | Week Rate | 1,200.00 | 1,200.00 |
| Rental | 1 | Star Lift | | 2 | Week Rate | 2,500.00 | 5,000.00 |
| Rental | 1 | Catwalk Floor | 33 decks w/ Handrail | 2 | Week Rate | 6,144.00 | 12,288.00 |
| Rental | 1 | Catwalk Truss | | 2 | Week Rate | 7,500.00 | 15,000.00 |
| Rental | 1 | Catwalk Handrail | | 1 | Week Rate | 2,500.00 | 2,500.00 |
| Rental | 1 | Carts | | 1 | Week Rate | 5,000.00 | 5,000.00 |
| | | | | | **Stage Total Total:** | | **$61,108.00** |
| **Additional Weeks** | | | | | | | |
| Rental | 1 | Additional Weeks | | 8 | Week Rate | 61,108.00 | 488,864.00 |
| | | | | **Additional Weeks Total Before Discount:** | | | **$488,864.00** |
| | | | | | **50% Discount:** | | **$244,432.00** |
| | | | | | **Additional Weeks Total:** | | **$244,432.00** |
| **Accurate Labor** | | | | | | | |
| Labor | 3 | Stage Technician<br>8/1/2024 3:00 PM - 9/16/2024 11:00 PM | | 10 | Week Rate | 5,500.00 | 165,000.00 |
| Travel | 3 | Per Diem | | 70 | Day Rate | 75.00 | 15,750.00 |
| | | | | | **Accurate Labor Total:** | | **$180,750.00** |
| Rental | 1 | ENTERTAINMENT TURRET | SGPS PROVIDED GEAR AND TECH | 10 | Week Rate | 29,000.00 | 290,000.00 |

Permits & Engineering:
Permits & engineering costs billed additionally.
All equipment subject to availability.

Labor:
All additional labor to assist supervisor/delivery driver is client's
responsibility unless otherwise arranged.

| | |
|---|---|
| Subtotal: | $776,290.00 |
| Sales Tax: | $71,806.83 |
| **Total:** | **$848,096.83** |
| Total Applied Payments: | $0.00 |
| **Balance Due:** | **$848,096.83** |

| Artist | Rod Wave | | Quote # |
|---|---|---|---|
| Pickup City | Phoenix Az | | 501 |
| Start Date | 10/15/2024 | | Quote Date |
| Dropoff City | Orlando Fl | | 06/19/2024 |
| End Date | 12/18/2024 | | |
| Company | Quotes | | |

| | Qty | Amt | Rate | Driver Pickup | Item Total |
|---|---|---|---|---|---|
| Crew Bus | 10 | 65 | 1550 | 0 | 1,007,500.00 |
| Crew Bus Driver | 10 | 65 | 650.00 | 0 | 422,500.00 |
| Dot Fee | 10 | 65 | 25.00 | 0 | 16,250.00 |
| Satellite Fee | 10 | 65 | 20.00 | 0 | 13,000.00 |
| Internet Fee | 10 | 65 | 25.00 | 0 | 16,250.00 |
| Interior Clean | 10 | 9 | 75.00 | 0 | 6,750.00 |
| Vehicle Wash | 10 | 9 | 100.00 | 0 | 9,000.00 |
| Gen Service | 10 | 9 | 125.00 | 0 | 11,250.00 |
| Fuel | 10 | 14714 | 1.65 | 0 | 242,781.00 |
| Eng Service | 10 | 14714 | .32 | 0 | 47,084.80 |
| Overdrives | 10 | 14 | 650.00 | 0 | 91,000.00 |
| Hotel Buyouts | 10 | 3 | 125.00 | 0 | 3,750.00 |
| Final Clean | 10 | 1 | 500.00 | 0 | 5,000.00 |
| Payroll Fee | 1 | 607250 | .28 | 0 | 170,030.00 |
| Tolls | 10 | 1 | 1128. | 0 | 11,280.00 |
| Laundry Fee | 10 | 9 | 50.00 | 0 | 4,500.00 |
| per-Dium | 10 | 65 | 50.00 | 0 | 32,500.00 |
| co-Drivers | 10 | 9 | 650.00 | 0 | 58,500.00 |
| plane flights | 10 | 2 | 1000.00 | 0 | 20,000.00 |

| | | | |
|---|---|---|---|
| Contract Total $ | 2,188,925.80 | | this does not include bus supplies or parking or co-Drivers Room that will be paid by GROUP |
| Drivers Total $ | 0.00 | | |
| Adjustments $ | 0.00 | | |
| Total Due $ | 2,188,925.80 | | |

This is only an ESTIMATE, it can not be deemed to be a contractor agreement in anyway. Fuel charge is subjective to change reflecting the accurate price at time of tour. Tolls, parking, bus supplies or any extra fee not listed, are NOT included in ths estimate. You will be required to provide a hotel room for driver every day of tour. This esimate is valid for 30 days from quote date listed. ** Drivers cannot legally drive more than 10 hours without an 8 hour break. Only single overdrives are quoted. Team drivers travel expenses are not included in this estimate.



# Proposal
### #SO-FX39574
05/21/2024

| | Bill To |
|---|---|
| Pyrotecnico FX LLC<br>Bin : 20<br>PO Box 14470<br>St. Louis MO 63178-4470<br>United States | 360 Production Group LLC<br>1692 Chantilly Dr. NE<br>Suite C<br>Atlanta GA 30324<br>United States |

| Show Name | First Show Date | Sales Rep |
|---|---|---|
| 360 Production Group LLC : 2410XX-12XX ROD WAVE | 10/17/2024 | Vitale, Rocco |

| Billing Schedule | Terms | Deposit Amount | Deposit Due Date | Proposal Exp. Date |
|---|---|---|---|---|
| Single Billing | Net 10 | $146,795.00 | 10/04/2024 | 08/02/2024 |

| Items | Quantity | Units | Rate | Amount |
|---|---|---|---|---|
| *Routing TBD* | | | | |
| Load In / Rehearsals: 6 Days TBD (October 2024)<br>Tour Run: 9 Weeks TBD (October - December 2024) | | | | |
| *Includes 36 Shows + 2 Rehearsals | | | | |
| Waterfalls - Circular | 2,394 | Each | $39.75 | $95,161.50 |
| *includes fire department demonstration product | | | | |
| 1 x 25' Gerb | 3,648 | Each | $17.00 | $62,016.00 |
| *includes fire department demonstration product | | | | |
| 19mm Tracer Comet | 3,648 | Each | $32.00 | $116,736.00 |
| *includes fire department demonstration product | | | | |
| Quad Salamander Pro - Single Head Flame Unit | 12 | 9 Weeks | $2,070.00 | $24,840.00 |
| Flame Canisters | 1,824 | Each | $22.75 | $41,496.00 |
| Cryo Jet | 16 | 9 Weeks | $1,260.00 | $20,160.00 |
| DMX Control | 1 | 9 Weeks | $5,220.00 | $5,220.00 |
| Pyro Control | 1 | 9 Weeks | $10,350.00 | $10,350.00 |
| Lead Technician | 2 | 10 Weeks | $55,699.995 | $111,399.99 |
| Assistant Technician | 1 | 10 Weeks | $48,700.008 | $48,700.01 |
| Per Diem | 3 | 10 Weeks | $3,500.00 | $10,500.00 |
| Estimated permit and fire watch fees. Any amounts above and beyond this estimate will be post billed to the client. | 38 | | $1,250.00 | $47,500.00 |
| Shipping of hazardous product related to the show. | 38 | | $450.00 | $17,100.00 |
| Pre Production Costs | 38 | Each | $1,300.00 | $49,400.00 |



SO-FX39574



# Proposal

#SO-FX39574

05/21/2024

| Items | Quantity | Units | Rate | Amount |
|-------|----------|-------|------|--------|
| Client is responsible for the following:<br>*Any and all local license cover and applicable AHJ fees (including permits & firewatch)<br>*All importation, VAT, tax on labor, state taxes, and local shipping fees.<br>*Any equipment/product added or cut from the rehearsals/show.<br>*All shipping fees from Pyrotecnico FX.<br>*Any costs incurred for broken/damaged equipment<br>*Any fees associated with the clean up of confetti/streamers<br>*All power requirements<br>*Any required stage hands.<br>*A lockable room for storage of pyrotechnics (10'x12').<br>*All ground transportation, flight and accommodations for Pyrotecnico technicians.<br>*All soft good fire retardancy certificates.<br>*All Fire Extinguishers<br>*XX - 50lb CO2 Siphoned Cylinders<br>*XX - 20lb CO2 Siphoned Cylinders<br>*XX - 50lb CO2 Non-Siphoned Cylinders<br>*XX - 20lb CO2 Non-Siphoned Cylinders<br>*XX - 180VGL CO2 Dewars<br>*XX - 10lb Propane Tanks<br>*XX - 20lb Propane Tanks<br>*XX - 50lb Propane Tanks<br>*XX - 100lb Propane Tanks<br>*XX - 80CF Nitrogen Cylinders<br>*XX - 200CF NItrogen Cylinders<br>*Access to a Forklift<br>*Visa(s) for technicians outside of the USA<br>*All necessary Scissor lifts / Scaffolding | | | | |

| | | |
|--|--|--|
| **Subtotal** | $660,579.50 |
| **Total** | $660,579.50 |

We accept WIRE, ACH, and check payments:
Wire Remit to:
Busey Bank 100 W University Ave. Champaign IL 61820
ABA: 071102568
Account Number: 130586821529
SWIFT/BIC Code: BUYEUS44

ACH Remit to:
Busey Bank
ACH Account: 130586821529
Routing: 071102568

Check Remit to:
Pyrotecnico FX LLC
Bin : 20
PO Box 14470
St. Louis, MO 63178-4470



SO-FX39574