# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| GRIZZLY TOURING, LLC,<br><br>Plaintiff,<br><br>-against-<br><br>RODARIUS MARCELL GREEN (a/k/a ROD WAVE), and HIT HOUSE ENTERTAINMENT, INC.,<br><br>Defendants.<br><br>RODARIUS MARCELL GREEN (a/k/a ROD WAVE), and HIT HOUSE ENTERTAINMENT, INC.,<br><br>Counterclaim Plaintiffs,<br><br>-against-<br><br>GRIZZLY TOURING, LLC,<br><br>Counterclaim Defendant. | Case No. 8:25-cv-02645-SDM-NHS |

## UNOPPOSED MOTION FOR SPECIAL ADMISSION

Pursuant to Rule 2.01 of the Local Rules of the United States Court for the Middle District of Florida, David L. Yohai, Esquire, ("Petitioner") moves for

special admission to represent Grizzly Touring, LLC in the above-captioned action. In support of this motion, Petitioner states as follows:

1. Petitioner is neither a Florida resident nor a member of the Florida Bar.

2. Petitioner is a member in good standing of a bar of a United States district court, specifically, the United States District Court for the Southern District of New York.

3. Petitioner has not maintained a regular law practice in Florida. Petitioner has initially appeared in the following cases in state or federal court in Florida in the last thirty-six months:

- *Denise Brinkley v. Philo, Inc.*, Case No. 3:23-cv-01207-TJC-PDB (M.D. Fla.) (order granting motion for special admission entered on November 9, 2023);

- *McKenzie Evans and Denise Brinkley vs. BET Streaming, LLC*, Case No. 6:23-cv-01978 (M.D. Fla.) (order granting motion for special admission entered on November 3, 2023); and

- *Jabari Sellers et. al. vs. Bleacher Report, Inc.*, Case No. 2024-003537-CA-01 (Fla. 11th Cir. Ct., Miami-Dade Cnty.) (order granting *pro hac vice* motion entered on May 23, 2024).

4. Petitioner has reviewed and is familiar with the Local Rules of the Middle District of Florida (the "Local Rules") and the Federal Rules of Civil Procedure (the "Federal Rules"). Petitioner affirms that he will comply with the Federal Rules and this Court's Local Rules.

5. Petitioner is familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

6. Petitioner will pay the fee for special admission upon admission.

7. Petitioner will register with the Court's CM/ECF system.

8. Petitioner states that Pravin Patel of the law firm of Weil, Gotshal & Manges LLP, 1395 Brickell Ave., Suite 1200, Miami, FL 33131, has been designated as local counsel in this action.

9. Petitioner affirms the oath, which states:

> I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

## LOCAL RULE 3.01(g) CERTIFICATION

      Pursuant to Local Rule 3.01(g), counsel for Defendant conferred with counsel for Plaintiff and the undersigned counsel certifies that counsel for Plaintiff does not oppose this motion.

Dated: October 23, 2025          Respectfully submitted,

                                               */s/ Pravin Patel*
                                               Pravin Patel
                                               Florida Bar No. 99939
                                               **WEIL, GOTSHAL & MANGES LLP**
                                               1395 Brickell Avenue, Suite 1200
                                               Miami, Florida 33131
                                               Telephone: (305) 577-3177
                                               Fax: (305) 374-7159
                                               pravin.patel@weil.com

                                               David L. Yohai (*pro hac vice* pending)
                                               A.J. Green (*pro hac vice* pending)
                                               **WEIL, GOTSHAL & MANGES LLP**
                                               767 Fifth Avenue
                                               New York, New York 10153
                                               (212) 310-8000 (Telephone)
                                               (212) 310-8007 (Facsimile)
                                               David.Yohai@weil.com
                                               A.J.Green@weil.com

                                               *Counsel for Grizzly Touring, LLC*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on October 23, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Dated: October 23, 2025

/s/ *Pravin Patel*
Pravin Patel
Florida Bar No. 99939
**WEIL, GOTSHAL & MANGES LLP**
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131
Telephone: (305) 577-3177
Fax: (305) 374-7159
pravin.patel@weil.com

*Counsel for Grizzly Touring, LLC*