# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| GRIZZLY TOURING, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>RODARIUS MARCELL GREEN (a/k/a ROD WAVE), and HIT HOUSE ENTERTAINMENT, INC.<br><br>Defendants.<br><br>RODARIUS MARCELL GREEN (a/k/a ROD WAVE), and HIT HOUSE ENTERTAINMENT, INC.,<br><br>Counterclaim Plaintiffs,<br><br>-against-<br><br>GRIZZLY TOURING, LLC,<br><br>Counterclaim Defendant. | Case No. 8:25-cv-02645-SDM-NHA<br><br>NOTICE OF MEDIATION DATE AND TIME |

Plaintiff Grizzly Touring, LLC ("Plaintiff") and Defendants Rodarius Marcell Green and Hit House Entertainment, Inc. ("Defendants," and together with Plaintiff, the "Parties") submit this Notice of Mediation Date and

Time pursuant to the Court's November 26, 2025 Order ("Order") (Dkt. 24). The Parties will participate in mediation before Bradford D. Kimbro on **July 9, 2026 at 10 a.m. ET.** The Parties will abide by all other guidelines set forth in the Order.

Dated: December 5, 2025                                                Respectfully submitted,

<table>
<tr><td>

/s/ Pravin Patel
Pravin Patel (FBN 0099939)
*Lead Counsel*
Nicole Comparato
Pravin.Patel@weil.com
Nicole.Comparato@weil.com
**WEIL, GOTSHAL & MANGES LLP**
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131
(305) 577-3100 (Telephone)
(305) 374-7159 (Facsimile)

David Yohai (admitted *pro hac vice*)
A.J. Green (admitted *pro hac vice*)
David.Yohai@weil.com
A.J.Green@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
(212) 310-8000 (Telephone)
(212) 310-8007 (Facsimile)

*Counsel for Plaintiff Grizzly Touring, LLC*

</td><td>

/s/ James G. Sammataro
James G. Sammataro (FBN 520292)
* Lead Counsel *
Brendan S. Everman (FBN 68702)
jsammataro@pryorcashman.com
ksuarez@pryorcashman.com
**PRYOR CASHMAN LLP**
255 Alhambra Circle, 8th Floor
Miami, Florida 33134
Telephone: (786) 582-3010
Facsimile: (786) 582-3004

David C. Rose*
Matthew S. Barkan*
Kevin R. Savarese*
drose@pryorcashman.com
mbarkan@pryorcashman.com
ksavarese@pryorcashman.com
**PRYOR CASHMAN LLP**
7 Times Square
New York, New York 10036
Telephone: (212) 421-4100
Facsimile: (212) 326-0806
*admitted *pro hac vice*

*Counsel for Defendants Rodarius Marcell Green and Hit House Entertainment, Inc.*

</td></tr>
</table>