**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| GRIZZLY TOURING, LLC,<br><br>Plaintiff,<br><br>-against-<br><br>RODARIUS MARCELL GREEN (a/k/a ROD WAVE), and HIT HOUSE ENTERTAINMENT, INC.,<br><br>Defendants. | Case No. 8:25-cv-02645-SDM-NHS |
| RODARIUS MARCELL GREEN (a/k/a ROD WAVE), and HIT HOUSE ENTERTAINMENT, INC.,<br><br>Counterclaim Plaintiffs,<br><br>-against-<br><br>GRIZZLY TOURING, LLC,<br><br>Counterclaim Defendant. | |

**JOINT STIPULATION OF DISMISSAL**
**WITHOUT PREJUDICE**

**WHEREAS**, on September 29, 2025, Plaintiff/Counterclaim Defendant

1

Grizzly Touring, LLC ("**Grizzly**") filed a summons and complaint in this Court against Defendants Rodarius Green (*p/k/a* Rod Wave) ("**RW**") and Hit House Entertainment, Inc. ("**Hit House**," and together with RW, "**Defendants**"), asserting claims for breach of contract and unjust enrichment arising from the *Last Lap* tour;

**WHEREAS**, Defendants filed an answer and counterclaims in this Court on October 12, 2025;

**WHEREAS**, RW asserts he was domiciled in Georgia at the time Grizzly filed its complaint, which Grizzly does not concede, but recognizes that, if true, would affect the Court's subject matter jurisdiction under 28 U.S.C. § 1332;

**WHEREAS**, Grizzly initiated a protective action filed in Florida state court (the "**State Court Action**");

**WHEREAS**, Defendants have agreed to accept service of the summons and complaint in the State Court Action, adopt the discovery requests issued in this case for purposes of the State Court Action, and maintain and participate in the mediation currently scheduled for July 9, 2026; and

**WHEREAS**, the parties have agreed to avoid the costs that they would incur and the time they would spend litigating the domicile dispute and instead focus on litigating the merits in the State Court Action.

2

**NOW, THEREFORE**, it is agreed between and among the parties, by and through their undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by and through their undersigned counsel, that this action and all claims asserted herein be hereby dismissed without prejudice, but may proceed in state court, with each party bearing its own attorneys' fees, costs, and expenses.

Dated: March __, 2026

/s/ _James G. Sant_____

James G. Sammataro (FBN 520292)
Brendan S. Everman (FBN 68702)
jsammataro@pryorcashman.com
ksuarez@pryorcashman.com
**PRYOR CASHMAN LLP**
255 Alhambra Circle, 8th Floor
Miami, Florida 33134
Telephone: (786) 582-3010
Fax: (786) 582-3004

David C. Rose (admitted *pro hac vice*)
Matthew S. Barkan (admitted *pro hac vice*)
Kevin R. Savarese (admitted *pro hac vice*)
drose@pryorcashman.com
mbarkan@pryorcashman.com
ksavarese@pryorcashman.com
**PRYOR CASHMAN LLP**
7 Times Square
New York, New York 10036
Telephone: (212) 421-4100
Fax: (212) 326-0806

*Counsel for Rodarius Marcell Green and*
*Hit House Entertainment, Inc.*

Respectfully submitted,

/s/ _____

Pravin Patel (FBN 0099939)
Nicole Comparato (FBN 0293239)
**WEIL, GOTSHAL & MANGES LLP**
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131
Telephone: (305) 577-3177
Fax: (305) 374-7159
pravin.patel@weil.com

David L. Yohai (admitted *pro hac vice*)
Austin J. Green (admitted *pro hac vice*)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Fax: (212) 310-8007
David.Yohai@weil.com
A.J.Green@weil.com

*Counsel for Grizzly Touring, LLC*